| | |
|---|---|
| 1 | Christian J. Rowley (SBN 187293) |
|   | SEYFARTH SHAW LLP |
| 2 | 560 Mission Street, Suite 3100 |
|   | San Francisco, California 94105 |
| 3 | Telephone: (415) 397-2823 |
|   | Facsimile: (415) 397-8549 |
| 4 | Email: crowley@seyfarth.com |
| 5 | Attorneys for Defendant |
|   | KAISER FOUNDATION HEALTH PLAN, INC.. |
| 6 | |
|   | Daniel H. Qualls (SBN 109036) |
| 7 | Robin G. Workman (SBN 145810) |
|   | Aviva N. Roller (SBN 24514) |
| 8 | QUALLS & WORKMAN, LLP |
|   | 244 California Street, Suite 410 |
| 9 | San Francisco, CA  94111 |
|   | Telephone: (415) 782-3660 |
| 10 | Facsimile: (415) 788-1028 |
|    | Email: robin1@qualls-workman.com |
| 11 | |
|    | Attorneys for Plaintiffs |
| 12 | MICHELLE ONYETTE MIKE and |
|    | PARIS HILL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE ONYETTE MIKE and PARIS HILL, on behalf of themselves and individually and all others similarly stated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC., aka KAISER FOUNDATION HEALTH PLAN, and DOES 1 through 100, INCLUSIVE<br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  C 08-05374 MEJ<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT** |

/ / /

/ / /

- 1 -

STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT CASE NO. C 08-05374 MEJ

## STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT

Pursuant to Local Rule 6.1(a), Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate to extend the deadline to January 16, 2009 for Defendant to Answer or otherwise respond to the Complaint. This stipulation will not affect or alter any deadline previously set by Court order.

IT IS SO STIPULATED.

Date: December 19, 2008

SEYFARTH SHAW LLP

By: _____
CHRISTIAN J. ROWLEY
Attorneys for Defendant

Date: December 19, 2008

QUALLS & WORKMAN, LLP

By: _____
ROBIN G. WORKMAN
Attorneys for Plaintiffs

2
STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT
NO. C 08-05374 MEJ