Christian J. Rowley (SBN 187293)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: crowley@seyfarth.com

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ONYETTE MIKE and PARIS HILL, on behalf of themselves and individually and all others similarly stated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC., aka KAISER FOUNDATION HEALTH PLAN, and DOES 1 through 100, INCLUSIVE<br><br>Defendant(s). | Case No.  C 08-05374 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: 12/23/2008

SEYFARTH SHAW LLP

By _____
Christian J. Rowley
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

- 1 -