```
 1  Christian J. Rowley (SBN 187293)
    SEYFARTH SHAW LLP
 2  560 Mission Street, Suite 3100
    San Francisco, California 94105
 3  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
 4  Email: crowley@seyfarth.com

 5  Attorneys for Defendant
    KAISER FOUNDATION HEALTH PLAN, INC.
 6
    Daniel H. Qualls (SBN 109036)
 7  Robin G. Workman (SBN 145810)
    Aviva N. Roller (SBN 245145)
 8  QUALLS & WORKMAN, LLP
    244 California Street, Suite 410
 9  San Francisco, CA 94111
    Telephone: (415) 782-3660
10  Facsimile: (415) 788-1028
    Email: robin1@qualls-workman.com
11
    Attorneys for Plaintiffs
12  MICHELLE ONYETTE MIKE and
    PARIS HILL
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ONYETTE MIKE and PARIS HILL, on behalf of themselves and individually and all others similarly stated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC., aka KAISER FOUNDATION HEALTH PLAN, and DOES 1 through 100, INCLUSIVE<br><br>Defendant(s). | Case No. C 08-05374 PJH<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT** |

///

///

- 1 -

STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT CASE NO. C 08-05374 PJH

# STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT

Pursuant to Local Rule 6.1(a), Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate to extend to February 20, 2009 the deadline for Defendant to answer or otherwise respond to the Complaint, to accommodate Plaintiffs' desire to amend the Complaint. Plaintiffs are waiting for certain documents from the state that are prerequisites to their intended amendment(s). This extension will not change any deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued to date.

IT IS SO STIPULATED.

Date: January 15, 2009

SEYFARTH SHAW LLP

By: _____
CHRISTIAN J. ROWLEY
Attorneys for Kaiser
Foundation Health Plan, Inc.

Date: January 15, 2009

QUALLS & WORKMAN, LLP

By: _____
ROBIN G. WORKMAN
Attorneys for Plaintiffs

- 2 -
STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT
NO. C 08-05374 PJH

SF1 28344595.1 / 23851-000130