UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michelle Mike

                                           CASE NO. 08-05374 PJH

                Plaintiff(s),


        v.                                 STIPULATION AND [PROPOSED]
Kaiser Permanente, et al.                  ORDER SELECTING ADR PROCESS


                Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                Non-binding Arbitration (ADR L.R. 4)
                Early Neutral Evaluation (ENE)   (ADR L.R. 5)
                Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ✓       Private ADR *(please identify process and provider)*   The parties have agreed to

participate in a mediation on July 9, 2009, in San Francisco with mediator David Rotman.


The parties agree to hold the ADR session by:
                the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

        ✓       other requested deadline   a date accommodating the July 9, 2009 mediation.


Dated: 3/13/09
                                           _____
                                           Attorney for Plaintiff


Dated: 3/16/09

                                           Attorney for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓   Private ADR

Deadline for ADR session
90 days from the date of this order.
✓   other   July 9, 2009

IT IS SO ORDERED.


Dated:   3/20/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton