Daniel H. Qualls (SBN 109036)
dan@qualls-workman.com
Robin G. Workman (SBN 145810)
robin1@qualls-workman.com
QUALLS & WORKMAN, LLP
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782.3660
Facsimile: (415) 788.1028

Attorneys for Plaintiffs
MICHELLE ONYETTE MIKE, PARIS HILL, AND MICHAEL WILLIAMS

Thomas R. Kaufman (SBN 177936)
tkaufman@seyfarth.com
Lorraine H. O'Hara (SBN 170153)
lohara@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ONYETTE MIKE, PARIS HILL, and MICHAEL WILLIAMS on behalf of themselves and individually and all others similarly stated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC., aka KAISER FOUNDATION HEALTH PLAN, and DOES 1 through 100, INCLUSIVE<br><br>Defendant(s). | Case No. C 08-05374 PJH<br><br>PARTIES' JOINT CASE MANAGEMENT STATEMENT<br><br><br><br><br><br>Date: August 6, 2009<br>Time: 2:30 p.m.<br>Place: Courtroom 5 |

PARTIES' JOINT CASE MANAGEMENT STATEMENT

This is a wage and hour class action. On November 25, 2008, Plaintiffs Michelle Mike, Paris Hill and Michael Williams filed their initial complaint, seeking to represent a class of Project Manager Is and IIs who provide assistance and perform tasks in connection with Kaiser's HealthConnect program in California.. A First Amended Complaint was then filed on January 30, 2009 alleging the following causes of action: (1) failure to pay overtime in violation of the Fair Labor Standards Act; (2) failure to pay overtime in violation of the California Labor Code; (3) failure to provide meal and rest breaks; (4) failure to comply with the itemized employee wage statement provisions of California Labor Code section 226(b); (5) unfair competition in violation of California Business and Professions Code section 17200; and (6) a claim for penalties under California's Private Attorney General Act. There are approximately 210 class members.

The parties mediated this case with David Rotman on July 9, 2009. That same day, the parties resolved this matter and entered into a Memorandum of Understanding regarding their basic agreement. A Stipulation of Settlement and Release Between Plaintiffs and Defendant has been drafted and is currently being circulated between the parties. Thus, at the Case Management Conference on August 6, 2009, the parties wish to discuss with the Court the schedule for obtaining preliminary and then final approval of the Stipulation of Settlement. To that end, the parties propose the following schedule:

1. August 25, 2009: Last day for plaintiffs to file their motion for preliminary approval.

2. September 1, 2009: Hearing date for plaintiffs' motion for preliminary approval.

3. December 18, 2009: Last day for plaintiffs to file their motion for final approval.

4. January 8, 2010: Hearing date for plaintiffs' motion for final approval.

DATED: July 30, 2009

QUALLS & WORKMAN, LLP

By _____
Robin Workman
Aviva Roller
Attorneys for Plaintiffs
MICHELLE MIKE, PARIS HILL, AND MICHAEL WILLIAMS

DATED: July 30, 2009

SEYFARTH SHAW LLP

By _____
Thomas R. Kaufman
Mariana Aguilar
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

4. January 8, 2010: Hearing date for plaintiffs' motion for final approval.

DATED: July 30, 2009         QUALLS & WORKMAN, LLP

By_____
  Robin Workman
  Aviva Roller
Attorneys for Plaintiffs
MICHELLE MIKE, PARIS HILL, AND MICHAEL WILLIAMS

DATED: July 30, 2009         SEYFARTH SHAW LLP

By  /s/Mariana Aguilar
  Thomas R. Kaufman
  Mariana Aguilar
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

- 2 -
PARTIES' JOINT CASE MANAGEMENT STATEMENT

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063. On July 30, 2009 I served the within documents:

**PARTIES' JOINT CASE MANAGEMENT STATEMENT**

☐   I sent such document from facsimile machine (310) 201-5219. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by placing the document(s) listed above in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒   electronically by using the Court's ECF/CM System.

Daniel H. Qualls, Esq.
Robin G. Workman, Esq.
Qualls & Workman, LLP
244 California Street, Suite 410
San Franciso, CA 94111
Tel: (415) 782-3660
Fax: (415) 788-1028

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    Executed on July 30, 2009, at Los Angeles, California.

*/s/ Patrice L. Colbert*
Patrice L. Colbert

LA1 6772051.1