Daniel H. Qualls (SBN 109036)
dan@qualls-workman.com
Robin G. Workman (SBN 145810)
robin1@qualls-workman.com
QUALLS & WORKMAN, LLP
244 California Street, Suite 410
San Francisco, CA  94111
Telephone:  (415) 782.3660
Facsimile: (415) 788.1028

Attorneys for Plaintiffs
MICHELLE ONYETTE MIKE, PARIS HILL, AND MICHAEL WILLIAMS

Thomas R. Kaufman (SBN 177936)
tkaufman@seyfarth.com
Lorraine H. O'Hara (SBN 170153)
lohara@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ONYETTE MIKE, PARIS HILL, and MICHAEL WILLIAMS on behalf of themselves and individually and all others similarly stated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC., aka KAISER FOUNDATION HEALTH PLAN, and DOES 1 through 100, INCLUSIVE<br><br>Defendant(s). | Case No.  C 08-05374 PJH<br><br>PARTIES' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT<br><br><br><br>Date:    August 6, 2009<br>Time:   2:30 p.m.<br>Place:   Courtroom 5 |

PARTIES' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT

1    WHEREAS, Plaintiffs Michelle Mike, Paris Hill, and Michael Williams and Defendant
2  Kaiser Foundation Health Plan, Inc. participated in a private mediation of this matter with
3  mediator David Rotman on July 9, 2009;

4    WHEREAS, the parties resolved this matter at that mediation and executed a
5  Memorandum of Understanding regarding their basic agreement;

6    WHEREAS, the parties are currently circulating the Parties' Stipulation of Settlement
7  and Release Between Plaintiffs and Defendant which plaintiffs will then file with the Court with
8  their motion for preliminary approval;

9    WHEREAS, there is a Case Management Conference scheduled in this matter for August
10 6, 2009;

11   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs, on their
12 own behalf and on behalf of those similarly situated, and Defendant, by and through their
13 respective counsel of record, that, because this matter has resolved and because plaintiffs will
14 soon file their motion for preliminary approval of the parties' settlement, the August 6, 2009
15 Case Management Conference should be continued to the same date as the hearing on plaintiffs'
16 motion for preliminary approval. The parties further stipulate that plaintiffs' motion for
17 preliminary approval will be filed by August 25, 2009 and that plaintiffs' motion for final
18 approval will be filed by November 18, 2009. The parties ask this Court to reserve September 2,
19 2009 (motion for preliminary approval) and December 9, 2009 (motion for final approval) as the
20 hearing dates for these motions.

21 DATED: August 5, 2009        QUALLS & WORKMAN, LLP
22                              By /s/ Aviva Roller
23                              Aviva Roller
                                Attorneys for Plaintiffs
24                              MICHELLE MIKE, PARIS HILL, AND MICHAEL
                                WILLIAMS
25 DATED: August 6, 2009        SEYFARTH SHAW LLP
26
                                By /s/Mariana Aguilar
27                              Mariana Aguilar
                                Attorneys for Defendant
28                              KAISER FOUNDATION HEALTH PLAN, INC.

1

PARTIES' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063. On August 5, 2009 I served the within documents:

**PARTIES' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT**

☐ I sent such document from facsimile machine (310) 201-5219. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

Daniel H. Qualls, Esq.
Robin G. Workman, Esq.
Qualls & Workman, LLP
244 California Street, Suite 410
San Franciso, CA 94111
Tel: (415) 782-3660
Fax: (415) 788-1028

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on August 5, 2009, at Los Angeles, California.

_____
Patrice L. Colbert

LA1 6772051.1